996

No. 00–7257.  VALDEZ v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 00–7533.  LINVILLE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–7608.  HOLLINS v. FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–7719.  WILLIAMS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–8136.  GRANDISON v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 00–8138.  MCFARLAND v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–8158.  RODRIGUEZ v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 00–8174.  MORRIS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–8313.  THOMPSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–8527.  VANDERPOOL v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 00–8581.  SMITH v. ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–8585.  SIMPKINS v. FANNIE MAE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–8602.  LASTER v. GEARIN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–8603.  JOHNSON v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 00–8614.  COURTNEY v. ROBINSON, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.